UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO ADVISORS LLC,<br><br>        Petitioner,<br><br> -against-<br><br>LIVIA SAPPINGTON, EWA KELLY a/k/a Eva Kelly, and PATRICK LABORDE,<br><br>        Respondents. | NOTICE OF APPEAL<br><br>Case No. 16-cv-00878 |

   Notice is hereby given that Petitioner Wells Fargo Advisors LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the decision and order entered on October 25, 2016, lifting the stay of proceedings, entering judgment in favor of Respondents and dismissing the case.  This appeal is taken from each and every part of the decision and order.

Dated:  November 14, 2016       Respectfully submitted,
   New York, New York

                /s/ Kenneth J. Turnbull
                Kenneth J. Turnbull
                Morgan, Lewis & Bockius LLP
                101 Park Avenue
                New York, NY  10178
                212.309.6000
                212.309.6001 (fax)
                kenneth.turnbull@morganlewis.com

                *Attorneys for Petitioner*
                *Wells Fargo Advisors LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2016, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated: November 14, 2016

*/s/ Kenneth J. Turnbull*
Kenneth J. Turnbull